
Caguas Orthopedic Center

# CORPORATE RESOLUTION

I, **Ray A Archilla,** of legal age, single, Secretary of **Caguas Orthopedic Center, Inc.,** and resident of Caguas, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting held on July 6, 2011, the Board of Directors of **Caguas Orthopedic Center, Inc.,** agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 7 of the Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of attorney Jose M Prieto Carballo would be retained for such purposes.

5, That it was also agreed that Mrs. Gladys A Archilla, President, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

I sign this Resolution today the 6 day of July 2011.

**Caguas Orthopedic Center, Inc.**

Ray A. Archilla
Secretary

seal

TEL
FAX