IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: Case No. 11-05961-BKT

**CAGUAS ORTHOPEDIC CENTER INC** Chapter 7

    Debtor.
_____/

## NOTICE OF INTENT TO SELL PROPERTY
## AT PUBLIC SALE FREE AND CLEAR OF LIENS

    NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

    **Lot 1: INVENTORY:** a list of inventory is attached as **Exhibit "A"**. A list if Equipment is attached as **Exhibit "B"**. Pictures taken by the Trustee are attached as **Exhibit "C"**.

The value of the Inventory per the Debtor is $ 119,380.00, and the value of the Equipment is $114,314.28.

The minimum bid accepted by the Trustee for the inventory will be $10,000.00, for the equipment will be $5,000.00.

**A public auction date has been scheduled for Thursday, September 8, 2011, at 2:30 PM, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of inventory and equipment will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. Sale shall be free and clear of liens; such liens, if any, shall attach to proceeds. *See* 11 U.S.C. § 363(f).

2. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in cash or check, on adjudication at the auction.

3. The minimum amount to be considered as a bonafide offer for the **Inventory** comprised in this sale for will be $10,000.00, for the equipment will be $5,000.00. Increments will be in the 100.00.

4. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY ONE(21) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

5. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

6. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

7. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

8. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

9. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

10. The buyer in the sale will have 5 days to remove the inventory from Debtors premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY ONE(21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by ECF Electronic Mail to: JOSE M PRIETO CARBALLO, PO BOX 363565, SAN JUAN, PR 00936-3565, and United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 15th day of August, 2011.

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
Fax (787) 946-0133
noreen@nwr-law.com

# Resumen

# Inventario 2011

**CAGUAS**

| | | |
|---|---:|---:|
| Dept. Calzado | $ | 45,899.19 |
| Dept. Soft Goods | | 29,058.35 |
| Dept. Zapateria y Pieles | | 8,298.30 |
| Dept. Plástico | | 8,742.39 |
| Dept. Metales | | 18,403.08 |
| Dept. MFG | | - |
| Entrega | | |

**PROTHESIS**                                                                                        3,912.97

**T O T A L**          **$**     **114,314.28**

**BUSINESS PERSONAL PROPERTY**
Caguas Orthopedic Center, Inc.

| Item # | Description | Quantity | Value | Realizable Value |
|---|---|---|---|---|
| | Area Secretarial | | | |
| 100 | Fuente de Agua - Cordley | 1 | 250 | 250 |
| 101 | Cubiculos | 6 | 300 | 1800 |
| 102 | Archivos laterales 5 gavetas | 3 | 300 | 900 |
| 103 | Archivos frontales 4 gavetas | 7 | 275 | 1925 |
| 104 | Archivos laterales 3 gavetas | 2 | 250 | 500 |
| 105 | Archivos laterales 4 gavetas | 1 | 300 | 300 |
| 106 | Desktop | 3 | 200 | 600 |
| 107 | Fotocopiadora | 1 | 500 | 500 |
| 108 | Maquina Lexmark | 1 | 100 | 100 |
| 109 | Sheaer Machine | 1 | 50 | 50 |
| 110 | Sillas Ejecutivas Secretariales | 3 | 50 | 150 |
| 111 | Printers | 3 | 50 | 150 |
| 112 | Escritorios y credenza | 2 | 150 | 300 |
| 113 | Sillas Ejecutivas Secretariales | 5 | 50 | 250 |
| 114 | Caja Fuerte | 1 | 100 | 100 |
| 115 | Anaqueles | 54 | 20 | 1080 |
| 116 | Counter | 1 | 300 | 300 |
| 117 | Archivos laterales 5 gavetas/Fronte y gavetas/9 gave | 3 | 300 | 900 |
| 118 | Fax Laser Brother | 1 | 100 | 100 |
| 119 | Cuadro Telefonico(8 unidades telefono) | 1 | 200 | 200 |
| 120 | Computadora con monitor y printer de factura | 1 | 300 | 300 |
| 121 | Caja Registradora Casio | 1 | 100 | 100 |
| 122 | Sillas Secretariales | 2 | 25 | 50 |
| 123 | Computadora con printer | 1 | 200 | 200 |
| 124 | Escritorios en L | 1 | 200 | 200 |
| 125 | Sillas Publico | 25 | 20 | 500 |
| 126 | Sillas Secretariales | 1 | 25 | 25 |
| 127 | Camillas en madera | 3 | 25 | 75 |
| 128 | Pesa Detecto | 1 | 35 | 35 |
| 129 | Barras Paralelas | 1 | 50 | 50 |
| 130 | Aire consola Armstrong | 1 | 500 | 500 |
| 131 | Armarios | 7 | 200 | 1400 |
| 132 | Lectura placas | 1 | 25 | 25 |
| 133 | Silla rodante doctor | 3 | 25 | 75 |
| 134 | Anaqueles madera | 4 | 25 | 100 |
| 135 | Aire Recepcion | 1 | 500 | 500 |
| 136 | Archivos Laterales 5 gavetas | 1 | 250 | 250 |
| 137 | Microhondas | 1 | 50 | 50 |
| 138 | Neveritas | 3 | 50 | 150 |
| 139 | Escritorio | 1 | 200 | 200 |
| 140 | Armarios Grises | 6 | 200 | 1200 |
| 141 | Maquina de coser zapatos American | 2 | 3000 | 6000 |
| 142 | Tren de brillar zapatos | 1 | 600 | 600 |
| 143 | Maquinas rebajar y cortar suelas | 2 | 700 | 1400 |
| 144 | Prensas | 5 | 300 | 1500 |
| 145 | Stack para montillas en 7 pisos | 1 | 180 | 180 |
| 146 | Maquina Sanblestay | 1 | 300 | 300 |

| # | Item | Qty | Unit | Total |
|---|---|---|---|---|
| 147 | Drill press | 5 | 3250 | 16250 |
| 148 | Vacuum comercial | 1 | 200 | 200 |
| 149 | Lijadora | 2 | 360 | 720 |
| 150 | Pulisher mode | 2 | 220 | 440 |
| 151 | Lijadora industrial | 1 | 750 | 750 |
| 152 | Pulidora | 1 | 50 | 50 |
| 153 | Cortadora de aluminio | 2 | 700 | 1400 |
| 154 | Yunke | 3 | 150 | 450 |
| 155 | Cortadora pequena | 1 | 400 | 400 |
| 156 | Lijadora | 1 | 160 | 160 |
| 157 | Vacuum industrial | 1 | 900 | 900 |
| 158 | Lote Vinil | 1 | 1500 | 1500 |
| 159 | Horno industrial | 1 | 4500 | 4500 |
| 160 | Horno Pequeno | 1 | 3000 | 3000 |
| 161 | Maquina de coser zapatos American | 1 | 150 | 150 |
| 162 | Crespa cortar plastico | 1 | 900 | 900 |
| 163 | Blower highspeed | 2 | 160 | 320 |
| 164 | Taladro de aire y lijadora | 4 | 250 | 1000 |
| 165 | Horno blue M | 1 | 800 | 800 |
| 166 | Set up protesis | 1 | 2500 | 2500 |
| 167 | Vacuum comercial | 1 | 400 | 400 |
| 168 | Van sour | 1 | 4500 | 4500 |
| 169 | Mesa de alinear | 1 | 5000 | 5000 |
| 170 | Mesa de herramientas | 1 | 100 | 100 |
| 171 | Mesa de aluminio | 2 | 225 | 450 |
| 172 | Armarios | 3 | 90 | 270 |
| 173 | Guillotina Comercial | 1 | 2500 | 2500 |
| 174 | Maqina de coser Singer | 1 | 200 | 200 |
| 175 | Maquina de remache | 1 | 175 | 175 |
| 176 | Maquina de coser regular | 3 | 900 | 2700 |
| 177 | Singer singular | 1 | 350 | 350 |
| 178 | Maquina de coser industrial | 1 | 450 | 450 |
| 179 | Maquina tape binding | 1 | 3000 | 3000 |
| 180 | Maquina zigzag | 1 | 450 | 450 |
| 181 | Mesa maquina tope | 1 | 25 | 25 |
| 182 | Herramienta | 1 | 4000 | 4000 |
| 183A | Lijadora | 2 | 400 | 800 |
| 183B | Vacuum Machine | 1 | 4000 | 4000 |
| 184A | Maquinas de hojar | 1 | 300 | 300 |
| 184B | Eyelet | 1 | 200 | 200 |
| 185 | Cortadora pequena de aluminio | 1 | 150 | 150 |
|  | Lavamano Stainless steel | 1 | 150 | 150 |
| 187 | Maquina doblar tubo | 1 | 4500 | 4500 |
| 188 | Sierra Metal | 1 | 100 | 100 |
| 189 | Sierra Mano | 2 | 100 | 200 |
| 190 | Abanico de piso industrial | 1 | 250 | 250 |
| 191 | Maquina de cortar troqueles | 1 | 1200 | 1200 |
| 192 | Dies de maquina | 1 | 15000 | 15000 |
| 193 | Maquina de barrenar elesctrica | 1 | 4000 | 4000 |
| 194 | Torso | 1 | 1000 | 1000 |
| 195 | Carritos | 1 | 150 | 150 |
|  |  |  | $ | 119,380.00 |
















| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-05961-BKT7<br>District of Puerto Rico<br>Old San Juan<br>Mon Aug 15 10:25:41 AST 2011 | CAGUAS ORTHOPEDIC CENTER INC<br>CALLE 11 F-4<br>4TA SECCION, VILAL DEL REY<br>CAGUAS, PR 00725 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AAA<br>P.O. Box 7066<br>San Juan, PR 00916-7066 | ADVANCE ORTHOPEDICS<br>PO BOX 51008<br>NEWARK, NJ 07101-5108 | AEE<br>PO BOX 36426<br>SAN JUAN, PR 00936 |
| ALJ CUSTOME PROSTETICS<br>24810 HAZEL AVE, FOREST LAKE<br>MINESOTA, MN 56264 | ALLARD USA INC<br>21 PINE STREET, SUITE 120<br>ROCK WAY, NJ 07866-3130 | ARLEEN FARMACIA<br>P.O. Box 5986<br>CAGUAS, PR 00726-5986 |
| AXESA<br>PO BOX 191225<br>SAN JUAN, PR 00919-1225 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | BSN MEDICAL INC<br>PO BOX 751766<br>CHARLOTTE NC 28275-1766 |
| CARTAGENA INC<br>PO BOX 5400<br>CAGUAS, PR 00726-5400 | CAYEY HOSPITAL AND MEDICAL SUPPLY<br>MUOZ RIVERA 109 ALTOS<br>CAYEY, PR 00737 | CENTRO GOMAS VILLA DEL REY<br>Calle 11 FF-7 4ta. Secc<br>CAGUAS, PR 00625 |
| CLARO<br>BO BOX 360998<br>SAN JUAN, PR 00936 | COQUI.NET<br>PO BOX 71483<br>SAN JUAN, PR 00936-8583 | CRIM<br>P O BOX 41179<br>SAN JUAN, PR 00940-1179 |
| DEPT HACIENDA<br>P O BOX 9022501<br>SAN JUAN, PR 00902-2501 | DJ ORTHOPEDICS<br>P.O. BOX 650777<br>DALLAS, TX 75265-0777 | DOCUMENT COMPANY<br>MSC 848<br>WINSTON CHURCHILL 138<br>SAN JUAN, PR 00926-6013 |
| DREW SHOE CORP<br>PO Box 300<br>Lancaster, OH 43130-0300 | Departamernto Del Trabajo<br>P.O. Box 190797<br>SAN JUAN, PR 00919-0797 | FILLAVER INC<br>MSC 30352<br>P.O. Box 415000<br>NASHVILLE, TN 37241-5000 |
| FUTURA INTERNACIONAL INC<br>22051 Hwy. 19 N<br>CLEAWATER, FL 33765 | GOTTFRIELD MEDICAL INC<br>TOLEDO, OH 43623<br>4105 W ALEXIS RD<br>TOLEDO, OH 43623-1241 | HOLD SMART<br>1610 Ave Ponce de Len<br>SANTURCE, PR 00909-4400 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LIFE LIKE LABORATORY<br>2718 Hollandale<br>Lane St. 200<br>Dallas, TX 75234-2035 | Lcdo. Victor Rivera Torres<br>Ave. Fernandez Juncos<br>1502 Altos<br>SANTURCE, PR 00909 |

| | | |
|---|---|---|
| METTEK SYSTEMS CONSULTANTS<br>4900 Sammy Joe Drive<br>Fairfax, VA 22030-8272 | MR INK<br>PO Box 2003<br>CAGUAS, PR 00726-2003 | NEXT STEP MEDICAL<br>PO BOX 1314<br>TRUJILLO ALTO, PR 00977-1314 |
| OMEGA PROSTETHICS<br>310 Calle Navarra<br>Urb Valencia<br>SAN JUAN, PR 00923-1923 | ORTHOTIC REHAB INC<br>7002 E. BROADWAY<br>TAMPA, FL 33619-1831 | PALUMBO ORTHOPEDICS<br>8206 Leesburg Pike Ste 402<br>VIENNA, VA 22182-2614 |
| PITNEY BOWES PR INC<br>362 Avenida de la Constitucin<br>SAN JUAN, PR 00901-2222 | PR HOSPITAL SUPPLY<br>Rd. 860 Km .01<br>Bo. Martin Gonzalez<br>CAROLINA, PR 00987 | PRO ALARM<br>6418 Bass Lake Rd # 1<br>MINNEAPOLIS, MN 55428-3570 |
| ROCHET CONSULTING GROUP<br>PO BOX 270032<br>SAN JUAN, PR 00928-2832 | ROYAL KNIT INC<br>P.O. BOX 6866<br>Jackson, Lees Summit, MO 64064-6866 | SAMMONS PRESTON<br>P.O. Box 5071<br>Bolingbrook, IL 60440-5071 |
| SOUTHERN PROSTETICS SUPPLY<br>P.O. BOX 406<br>ALPHARETTA, GA 30009-0406 | SSS<br>PO Box 363628<br>SAN JUAN, PR 00936-3628 | TORBOT GROUP INC<br>PO BOX 3564<br>CRANSTON RI 02910-0564 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | NOREEN WISCOVITCH RENTAS<br>PO BOX 20438<br>WEST PALM BEACH, FL 33416-0438 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>7 TABONUCO ST<br>GUAYNABO, PR 00968 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |